```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 19479
   JERRY J LEWIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-8945


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/16/2005 and was confirmed 06/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

    The case was paid in full 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          5853.87              .00        5853.87
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED            .00             .00
IRS TAX DIVISION          NOTICE ONLY       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED           44.02              .00            4.84
ROBERT J ADAMS & ASSOC    PRIORITY          NOT FILED            .00             .00
ANDERSON FINANCIAL NETWO  NOTICE ONLY       NOT FILED            .00             .00
ASSET ACCEPTANCE CORP     NOTICE ONLY       NOT FILED            .00             .00
ARNOLD SCOTT HARRIS       NOTICE ONLY       NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1125.00              .00          123.75
COMCAST                   UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOC   NOTICE ONLY       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          622.37              .00           68.46
HOUSEHOLD BANK            UNSECURED         1001.21              .00          110.13
LINCARE INC               UNSECURED         NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1228.27              .00          135.11
RJM ACQUISTIONS           UNSECURED         NOT FILED            .00             .00
SOUTHWEST CREDIT CARD SE  NOTICE ONLY       NOT FILED            .00             .00
SUPERIOR ASSET MANAGEMEN  NOTICE ONLY       NOT FILED            .00             .00
T-MOBILE BANKRUPTCY       UNSECURED           38.01              .00            4.18
UIC PHYSICIANS GROUP      UNSECURED         NOT FILED            .00             .00
US CELLULAR               UNSECURED         NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      194.00              .00          194.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                             578.44
DEBTOR REFUND             REFUND                                              388.23

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                10,161.01
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 19479 JERRY J LEWIS

```
PRIORITY                                                    6,047.87
SECURED                                                          .00
UNSECURED                                                     446.47
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                          578.44
DEBTOR REFUND                                                 388.23
                                      ---------------   ---------------
TOTALS                                      10,161.01         10,161.01
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```